LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| YOLANDA MURO DIAZ, | No. EDCV 13-319 DTB |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN<br>Acting Commissioner Of Social Security, | |
| Defendant. | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND TWO HUNDRED TWENTY THREE DOLLARS AND 93/100 ($2,223.93) subject to the terms of the stipulation.

DATE: February 11, 2014

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

-1-